## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                          :     **CHAPTER 13**
**ENRICO VAIL SMITH**                           :
                                                :     **CASE NO. 1:17-bk-02784**
    **Debtor**               :
                                                :
                                                :

## <u>ORDER</u>

UPON CONSIDERATION of the Motion to Modify Plan, and cause appearing therefore, it is hereby

ORDERED AND DECREED that the Debtor is granted leave to Modify the Chapter 13 Plan and the Plan is hereby modified.

Dated:  July 24, 2018           By the Court,

                                            _____

                                            Henry W. Van Eck, Bankruptcy Judge <sub>(KB)</sub>